Heston v. Heston.

JOSHUA HESTON

v.

CLARA HESTON.

Petitioner for divorce wrote to his wife in another state, asking her to meet him at a certain place within the state, and, she complying, petitioner did not meet her, but the sheriff did, and served citation on her.—Held, that the service should be set aside as fraudulent.

On motion to set aside service of citation.

Mr. Samuel Walker, Jr., for the complainant.

Mr. William Holt, for the defendant.

BIRD, V. C.

The motion in this case is to set aside the service of a citation because such service was procured by circumvention and fraud.

The defendant was living in Pennsylvania with her father-in-law, and the petitioner, having filed his petition for divorce, wrote her asking her to meet him at a certain place in the city of Trenton. She came into the state and attended at the place designated by the petitioner in his letter. The petitioner did not meet her, as was implied in his letter that he would, but the sheriff was there in attendance and served a process of citation and copy of the petition upon her. I think that when the process of the courts is procured to be served by such devices, it is always characterized as fraudulent and will not be recognized. I think that this should especially be the rule in courts of equity.

The motion will be granted, with costs.